**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

676 Webster Bank
677 Middletown Valley Bank

**Name Change**

175 FNCB Bank – Change to 447 Peoples Security Bank & Trust Company
584 Parkview Community Federal Credit Union – Change to 591 Clearview Federal Credit Union

**Platinum Leader Change**

**Correction**

**Removal**

July 2024